IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TJAY REID, *et al.*,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:09-CV-2481-L** |
| | § | |
| **TIMELESS RESTAURANTS, INC.** | § | |
| **d/b/a DENNYS and ANWAR T. AHMAD**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiffs' Motion to Compel Defendants to Pay for Travel and Lodging Expenses (Doc. 115), filed August 27, 2013, and Plaintiffs' Request for Expedited Ruling on Plaintiffs' Motion to Compel Defendants to Pay for Travel and Lodging Expenses (Doc. 116), filed August 28, 2013. On August 30, 2013, the court held a telephonic hearing on Plaintiff's motion to compel. For the reasons stated during the telephonic hearing, the court **grants** Plaintiffs' Motion to Compel Defendants to Pay for Travel and Lodging Expenses (Doc. 115) and Plaintiffs' Request for Expedited Ruling on Plaintiffs' Motion to Compel Defendants to Pay for Travel and Lodging Expenses (Doc. 116) as set forth in this order.

Accordingly, the court **orders** Defendants to pay Plaintiffs a total of **$2,060** for the following expenses: (1) airfare for Michael Ostler in the amount of $900; (2) airfare for Valerie Ostler in the amount of $900; (3) hotel accommodations for Michael and Valerie Ostler in the amount of $80; (4) taxi fare for Michael and Valerie Ostler in the amount of $60; and (5) $120 to compensate Christopher Behee for automobile fuel costs. As Defendants have already paid Plaintiffs $1070, the remaining amount owed is **$990**, which is to be paid by **5 p.m.** on **September 3, 2013.** *If Defendants*

*fail to pay Plaintiffs as ordered by the court, the court will strike Defendants' defenses to these three*

*Plaintiffs and enter a finding of liability against Defendants as a sanction for failure to comply with*

*a court order, and the only remaining issue for the jury to decide with respect to these Plaintiffs will*

*be the amount of damages.*

      **It is so ordered** this 30th day of August, 2013.

Sam A. Lindsay
United States District Judge

**Order – Page 2**